# Court of Appeals
# of the State of Georgia

ATLANTA,___March 15, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0271. MAYS v. THE STATE.**

Lavester Lee Mays seeks discretionary review of the trial court's order denying his motion for a transcript. OCGA §§ 5-6-35; 9-15-2; 42-12-8. In his application, Mays explains that he has filed a petition for habeas relief in the district court for the Northern District of Georgia. Generally, to obtain a free transcript, a prisoner is required to provide some "justification or showing of necessity." *Mydell v. Clerk, Superior Court of Chatham County*, 241 Ga. 24 (243 SE2d 72) (1978). Where the prisoner seeks a transcript to prosecute a pending or proposed habeas petition, the prisoner must attach a copy of such petition with the transcript request. *Shelby v. McDaniel*, 266 Ga. 215 (465 SE2d 433) (1996). The failure to attach the requisite petition authorizes the trial court to deny the motion for a transcript. *Syms v. State*, 250 Ga. App. 177, 178 (1) (550 SE2d 723) (2001).

Here, because Mays failed to submit a copy of any pending or proposed habeas petition along with his request to the trial court, the trial court was authorized to deny his request. Accordingly, Mays's request for discretionary review of the trial court's order is DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 03/15/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*